U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
JUN 24 2005
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:03CR463 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| DONNA JOHNSON, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's motion for noncustodial bus transportation and subsistence, and the Court finds said motion should be granted.

ACCORDINGLY, IT IS SO ORDERED:

1.   That the U.S. Marshal shall provide the Defendant with noncustodial bus transportation and subsistence from Omaha, Nebraska to Atlanta, Georgia.

DATED this 24th day of June, 2005.

BY THE COURT:

[signature]