IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 JUL 19 PM 1:04

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:03CR463 |
|---|---|---|
| Plaintiff, | ) | **ORDER FOR ISSUANCE OF A SUBPOENAS *IN FORMA PAUPERIS*** |
| v. | ) | |
| DONNA JOHNSON, | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the __19th__ day of July, 2005, on the Motion of the Defendant for an order allowing the issuance of Subpoenas *In Forma Pauperis* (filing ____), pursuant to FED. R. CRIM. P. 17.

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Clerk of the District Court is ordered to issue subpoenas as identified in Defendant's Motion and supporting affidavit and as directed by the Defendant, and that the Defendant is relieved of any obligation to pay for same. Said costs, witness fees, travel expenses, and subsistence, if any, should be paid by the United States. Said subpoenas shall be served by private process server.

BY THE COURT:

Date: July 19, 2005

HON. RICHARD G. KOPF, Judge
United States District Court