IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR463 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DONNA J. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that the defendant's motion for new trial (filing 169) is denied.

August 18, 2005.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge