IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR463 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| DONNA J. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to seal (filing 176) is granted.

November 8, 2005.                    BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge