IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR463 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| DONNA J. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Clerk of Court shall file under seal Federal Public Defender David Stickman's November 18, 2005 letter and the psychological report attached thereto.

November 18, 2005.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge