IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:03CR463 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | |
| DONNA JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's oral Motion for Noncustodial Transportation.  Defendant is indigent and is in need of noncustodial transportation for her sentencing hearing on December 16, 2005 in Lincoln, Nebraska, and the Court finds said motion should be granted.

ACCORDINGLY, IT IS SO ORDERED:

1. That Defendant's motion is granted and;

2. That the U.S. Marshals shall provide noncustodial transportation for Defendant from Atlanta, Georgia to Lincoln, Nebraska to arrive no later than 3:00 p.m. on Friday, December 16, 2005.

November 22, 2005.        BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge